```
                                              JAMES S K SHULMAN ESQ

Devin Derham-Burk, Trustee
P.O. Box 50013
San Jose, CA. 95150
(408)354-1345 FAX:(408)354-5513




                    IN THE UNITED STATES BANKRUPTCY COURT
                        NORTHERN DISTRICT OF CALIFORNIA
IN RE:
   MAZEN S ELAMAD
   P O BOX 3147                              CASE NO. 04-5-5044RLE
   SANTA CLARA CA                            MICHAEL S ELAMAD
               95055
      DEBTOR(S)

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
                  AND APPLICATION TO DISCHARGE TRUSTEE
------------------------------------------------------------------------
This case was commenced on Aug 13, 2004.
The case was concluded on Jun 22, 2007.

THE SUBJECT CASE HAS BEEN COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

     Your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements.
Copies of these detailed records have been filed with the Court, or are attached
hereto, and are incorporated by reference in this report.

RECEIPTS:
Amount paid to Trustee by of for Debtor for benefit of creditors. $ 26,025.00

DEVIN DERHAM-BURK TRUSTEE             9.00         9.00            .00             .00
CLAIM NO. 0015     CLASSIFICATION: NOTICING FEES (TRUST % ALLOWED: 100.00

AMERICAN EXPRESS                 24,741.59       247.42            .00             .00
CLAIM NO. 0004     CLASSIFICATION: UNSECURED          % ALLOWED:   1.00

B-FIRST LLC                      53,941.07       539.41            .00             .00
CLAIM NO. 0006     CLASSIFICATION: UNSECURED          % ALLOWED:   1.00

BANK OF AMERICA                   4,592.94        45.93            .00             .00
CLAIM NO. 0005     CLASSIFICATION: UNSECURED          % ALLOWED:   1.00

CITI CARDS                             .00          .00            .00       NOT FILED
CLAIM NO. 0008     CLASSIFICATION: UNSECURED          % ALLOWED:   1.00

CITI CARDS                             .00          .00            .00       NOT FILED
CLAIM NO. 0009     CLASSIFICATION: UNSECURED          % ALLOWED:   1.00

DISCOVER FINANCIAL SERVIC        11,959.34       119.59            .00             .00
CLAIM NO. 0010     CLASSIFICATION: UNSECURED          % ALLOWED:   1.00

DISCOVER FINANCIAL SERVIC         5,738.64        57.39            .00             .00
CLAIM NO. 0011     CLASSIFICATION: UNSECURED          % ALLOWED:   1.00

ECAST  SE...
```

```
CLAIM NO. 0007         CLASSIFICATION: UNSECURED              % ALLOWED:   1.00

ECAST SETTLEMENT CORPORAT     32,388.31       323.88            .00              .00
CLAIM NO. 0013         CLASSIFICATION: UNSECURED              % ALLOWED:   1.00

ECAST SETTLEMENT CORPORAT     11,362.08       113.62            .00              .00
CLAIM NO. 0014         CLASSIFICATION: UNSECURED              % ALLOWED:   1.00

FIRST NATIONAL BANK            7,287.85        72.88            .00              .00
CLAIM NO. 0012         CLASSIFICATION: UNSECURED              % ALLOWED:   1.00

FRANCHISE TAX BOARD                 .00          .00            .00        NOT FILED
CLAIM NO. 0003         CLASSIFICATION: NOTICE ONLY            % ALLOWED:    .00

TOYOTA MOTOR CREDIT CORP       4,354.91      4,354.91         655.30             .00
CLAIM NO. 0001         CLASSIFICATION: SECURED               % ALLOWED: 100.00

TOYOTA MOTOR CREDIT CORP      13,556.37     13,556.37       1,717.22             .00
CLAIM NO. 0002         CLASSIFICATION: SECURED               % ALLOWED: 100.00

SUMMARY OF CLAIMS ALLOWED AND PAID:
              SECURED        PRIORITY        GENERAL         SPECIAL          TOTAL
AMT ALLOWED  17,911.28           9.00      185984.45            .00       203904.73
PRIN PAID    17,911.28           9.00       1,859.85            .00        19,780.13
INT PAID      2,372.52            .00            .00            .00         2,372.52

RETURNED TO THE DEBTOR:        9.99

OTHER DISBURSEMENT UNDER ORDER OF COURT:
DEBTOR'S ATTORNEY                       FEE ALLOWED           FEE PAID
JAMES S K SHULMAN ESQ                      2,100.00           2,100.00

COURT COSTS AND
OTHER EXPENSES      FILING FEE      NOTICING FEE    TRUSTEE FEE
OF ADMINISTRATION          .00              .00       1,762.36
```

    Devin Derham-Burk, Trustee herein, has submitted her Final Report and
Account showing that all required distributions have been duly made.

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging
your Petitioner as Trustee and releasing your Petitioner and the Trustee's
surety from any and all liability on account of the within proceedings, and
closing the estate, and for such other and further relief as is just.

```
                                          /S/ DEVIN DERHAM-BURK
DATED: Aug 15, 2007                       _____
                                          #104353
                                          DEVIN DERHAM BURK TRUSTEE
```